IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANNE NORMAN,

        Plaintiff,                    CIV S-07-1369 KJM

    vs.

MICHAEL J. ASTRUE,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff has filed an in forma pauperis affidavit in which she states that she is currently employed and her income is approximately $1,101.18 net per month, she receives $377.00 per month in child support, and owns her home and a car.

        Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The amount of plaintiff's assets shows that plaintiff is able to pay the filing fee and costs. Thus, plaintiff has made an inadequate showing of indigency. <u>See</u> <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939 F.2d 854, 858 (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).

1  Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the
2  Clerk of the Court. Plaintiff is cautioned that failure to pay the fee will result in a
3  recommendation that the application to proceed in forma pauperis be denied and the instant
4  action be dismissed without prejudice.
5      Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date
6  of this order, plaintiff shall submit the appropriate filing fee.
7  DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

006
norman.den